IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COURTNEY TIFFANY CLIMES, Individually and as the Natural Parent of Her Infant Child, | |
| Plaintiff, | CIVIL ACTION NO. |
| vs. | 1:08-CV-2860-HTW |
| NATHANIEL JOHNSON, III, M.D., REGENCY PROFESSIONAL HEALTH SERVICES FOR WOMEN, INC., UNITED STATES OF AMERICA, JEFF ROMEUS and JOHN DOE, | |
| Defendants. | |

## ORDER

This matter having come before the Court on Defendant United States of America's Motion to Dismiss. No response in opposition to the motion has been filed by Plaintiff. Upon careful review of the motion, it appears that this Court lacks subject matter jurisdiction over Plaintiff's case because Plaintiff has failed to exhaust her administrative remedies under the Federal Tort Claims Act, 28 U.S.C. § 2675. Accordingly, it is hereby ORDERED that Defendant United States of America's [3] Motion to Dismiss be GRANTED, and all claims against the United States of America are hereby DISMISSED. Furthermore, there being no basis for federal jurisdiction, the remaining claims are hereby REMANDED to the Superior Court

of Fulton County.

SO ORDERED this 10th day of March, 2009.


s/ *HORACE T. WARD*
HORACE T. WARD
SENIOR UNITED STATES DISTRICT JUDGE